# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHANSE NORRIS

NO. 2025 KW 0663

AUGUST 22, 2025

---

In Re:   Office of City Prosecutor, applying for supervisory writs, Baton Rouge City Court, Parish of East Baton Rouge, No. 24-CR-019248A.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

   **WRIT APPLICATION TRANSFERRED** to the Nineteenth Judicial District Court, which has appellate jurisdiction over this matter. See **State v. Short,** 339 So.2d 326 (La. 1976); see also **City of Baton Rouge v. Parks,** 2013-1293 (La. App. 1st Cir. 10/8/13), 2013 WL 12120924 (unpublished).

                    MRT
                    AHP
                    KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT